IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JACOB MARTIN GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 116-187 |
| | ) | |
| GEORGIA HISTORICAL SOCIETY; | ) | |
| U.S. ARMY RESERVE; JOHN B. LONG; | ) | |
| AUGUSTA RICHMOND COUNTY, Court | ) | |
| Solicitor General; YORKE COUNTY, VA; | ) | |
| DEPARTMENT OF INTERIOR, Valley | ) | |
| Forge; GEORGIA STATE CAPITOL; and | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 6th day of January, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA